Gretchen WINTERMANTEL and the Scranton Times Tribune, Respondents.

Supreme Court of Pennsylvania.

May 3, 2011.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of May, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues, as stated by petitioner:

1. Did the Commonwealth Court err by determining that SWB's operation of a professional baseball team and concessions at a multi-purpose stadium constitutes a "governmental function" within the meaning of the Pennsylvania Right to Know Law?

2. Did the Commonwealth Court err by holding that the information requested in this matter constitutes a "record" within the meaning of the Pennsylvania Right to Know Law?

Allocatur is **DENIED** as to the remaining issues, without prejudice to the parties' ability to argue any or all of those issues as sub-issues of either or both of the above two issues.

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert BLISS, Petitioner.

Supreme Court of Pennsylvania.

May 3, 2011.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of May, 2011, the Petition for Allowance of Appeal is **DENIED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.

Francis E. WEAVER, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Shirley Moore Smeal, Acting Secretary, Office of Attorney General, Ronald C. Stanko, Administrative Law Judge, Chief Deputy Attorney General, Appellees.

Supreme Court of Pennsylvania.

May 4, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of May, 2011, the order of the Commonwealth Court is **AFFIRMED.**